COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-030-CV

IN RE E.Z. FLOORS, A DIVISION OF RELATOR

E.Z. CERAMICS, INC.

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered relator’s “Motion To Dismiss Petition For Writ of Mandamus.” It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL B: HOLMAN, GARDNER, and WALKER, JJ.

[DELIVERED MARCH 7, 2003]

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.